| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | COLLEEN MARTIN |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant CHOI |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-352 PJH (LB) |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING |
| | ) | CONDITIONS OF RELEASE |
| vs. | ) | |
| | ) | |
| JONG MOON CHOI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Jong Moon Choi is charged in the above-captioned matter with conspiracy in violation of 18 U.S.C. § 371, tax evasion in violation of 26 U.S.C. § 7201, and structuring in violation of 31 U.S.C. § 5324(a)(3). Mr. Choi is represented by Assistant Federal Public Defender Angela Hansen, who is currently on leave to attend a memorial service.

On June 29, 2010, Mr. Choi was released on a $25,000 bond secured by a corporate surety. Mr. Choi's conditions of release included a restriction on his travel to the Northern District of California, where this case is pending, and to the Northern District of Georgia, where Mr. Choi resides. Mr. Choi is supervised by Pretrial Services in the Northern District of Georgia.

STIPULATION & [PROPOSED] ORDER              1

1     The parties hereby STIPULATE to a modification of the terms of Mr. Choi's release to
2 permit him to travel to Clarksville, Tennessee, at the direction of the Pretrial Services Office in
3 the Northern District of Georgia for the limited purpose of visiting his father during his father's
4 period of convalescence. Counsel for the defendant has learned that Mr. Choi's father was
5 recently in a very serious automobile accident and is currently hospitalized in Clarksville,
6 Tennessee. Mr. Moore would like to be able to visit his injured father and attend to his father's
7 health issues. Counsel for the defendant has spoken with Ms. Lisa Moore, Mr. Choi's
8 supervising Pretrial Services Officer in the Northern District of Georgia. Ms. Moore has no
9 objection to allowing Mr. Choi to travel to Clarksville, Tennessee, as is necessary to visit his
10 father for his father's health needs. Ms. Moore has further indicated that she would verify Mr.
11 Choi's travel.

12     Counsel for the government has no objection to a modification of the terms of his release
13 to permit Mr. Choi to visit his father, as directed by and verified by Pretrial Services.

15 DATED: July 14, 2010      /S/
                                               SUZANNE MILES
16                                                Assistant United States Attorney

18 DATED: July 13, 2010      /S/
                                               COLLEEN MARTIN
19                                                Assistant Federal Public Defender

20     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ COLLEEN MARTIN

STIPULATION & [PROPOSED] ORDER     2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the Conditions of Release and Appearance imposed on June 29, 2010, are modified as follows:

Mr. Choi may travel to Clarksville, Tennessee, for the purpose of visiting his father and attending to his father's health issues during his father's convalescence, at the direction of Pretrial Services in the Northern District of Georgia.  Mr. Choi must obtain the permission of his Pretrial Services officer before traveling, and must provide any requested verification to his Pretrial Services officer.

IT IS SO ORDERED.

Dated: July 14, 2010

_____
LAUREL BEELER
United States Magistrate Judge